FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Teague (25987)
(Last Name)   (Identification Number)

Tony            Dewayne
(First Name)   (Middle Name)

George County Regional Correctional Facility
(Institution)

154 Industrial Park Rd. Lucedale Ms. 39452
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
APR 29 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 1:19cv254 LG-RHW
(to be completed by the Court)

Bobby C. Farley (Warden)

John Moran (Captain)

_____

_____

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)   No ( )

B. Are you presently incarcerated?
   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Tony Dewhyne Teague   Prisoner Number: 25987

Address: GCCF-K-Zone 154 Industrial Park Rd. Lucedale Ms, 39452

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Bobby C. Fairley is employed as Warden at George County Correctional Facility

John Moran – Captain – George County Correctional Facility

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Tony Dewayne Teague

ADDRESS: GCCF-K-Zone 154 Industrial Park Rd. Lucedale MS 39452

DEFENDANT(S):

NAME: Bobby C Fairley

ADDRESS: GCCF 154 Industrial Park Rd Lucedale MS 39452

NAME: John Moran

ADDRESS: GCCF 154 Industrial Park Rd Lucedale MS 39452

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
   1. Parties to the action: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

   _____

CASE NUMBER 2.
   1. Parties to the action: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

   _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On 2-28-19 I Tony Teague was placed in segregation at the George County Correctional Facility and fed a loaf for 26 days after falling down coming out of the shower area. I was taken to the George County Hospital and given 3 shots and 2 prescriptions. I was not afforded with any notice for any rule infraction, and I was informed by medical staff that they had nothen to do with my being placed in segregation, I was not allowed to use the phone, to contact my attorney or my family for 26 days. Per. Capt. John Moran, and Warden Bobby Fairly and I was not allowed to eat regular trays of food, I was given a loaf. Whitness of my fall in the shower on 2-28-19, Ryan Holland, Donald Jones, Billy Joe Stewart, Capt. Moran draged me on the floor w/k pick me up to place me on the gurny, note I had Nero sergery on 5-25-18 I had 3 disk removed from my back.

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

1. Peunitive Damages $500,000
2. Double portions for 26 days of regular food.
3. Warden Bobby C. Fairly as well as Capt. John Moran be suspended without pay for 26 days and a copy be placed in there perment file.

Signed this 18 day of April, 20 19.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

X Tony Teague
Signature of plaintiff